1  Floyd W. Bybee, #012651
   **BYBEE LAW CENTER, PLC**
2  2473 S. Higley Road
   Suite 104-308
3  Gilbert, AZ 85295-3023
   Office: (480) 756-8822
4  Fax: (480) 302-4186
   floyd@bybeelaw.com
5
   Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Barbara Timms,** | No. CV10-832-PHX-GMS |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| **AFNI, Inc.,** | |
| Defendants. | |

Plaintiff, by and through counsel, hereby gives notice of dismissal of this case in its entirety against all parties with prejudice, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

RESPECTFULLY SUBMITTED: <u>May 27, 2010</u>.

<u>   s/ Floyd W. Bybee   </u>
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
2473 S. Higley Road
Suite 104-308
Gilbert, AZ 85295-3023
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

- 2 -